# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-31113

United States Court of Appeals
Fifth Circuit

**FILED**

December 7, 2016

Lyle W. Cayce
Clerk

CLARENCE SIMON, JR.,

Plaintiff - Appellant Cross-Appellee

v.

LONGNECKER PROPERTIES, INCORPORATED; C-PORT, L.L.C.;
SEACOR MARINE, L.L.C.; ANADARKO PETROLEUM CORPORATION;
THOMAS ENERGY SERVICES, L.L.C.,

Defendants - Appellees

TRI-DRILL, L.L.C.,

Defendant - Appellee Cross-Appellant

Appeals from the United States District Court
for the Western District of Louisiana
USDC No. 6:12-CV-1178

Before JONES, BARKSDALE, and COSTA, Circuit Judges.

PER CURIAM:[*]

The court has considered this appeal in light of the briefs, oral argument
and pertinent portions of the record. Having done so, we find no reversible

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 15-31113

error of law or fact and affirm essentially for the reasons stated by the district court. We dismiss the cross-appeal of Tri-Drill as moot.

**AFFIRMED IN PART, APPEAL OF TRI-DRILL DISMISSED**.